**Order filed April 23, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00330-CV

————————

### IN THE INTEREST OF C.J.S. and S.G.B., Jr., children

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2009-09041J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The notice of appeal was filed April 9, 2012. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). **Hipolita Lopez** has not filed her portion of the reporter's record.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R.

Jud. Admin. 6.2(a) (effective May 1, 2012).  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary.  *See* Tex. R. App. P. 28.4(b)(1).

Because **Hipolita Lopez's** portion of the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order **Hipolita Lopez**, the court reporter, to file her portion of the record in this appeal **on or before May 3, 2012.**  If **Hipolita Lopez** does not timely file her portion of the record as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered.  Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM